# EXHIBIT A

**PACA TRUST CHART**

**PACA Trust Creditor:**　　　　　　　　　Dave's Specialty Imports, Inc.

*NAME OF DEBTOR/DEFENDANT*　　　　　Produce for Less, Inc.
**COURT**　　　　　　　　　　　　　　　U.S.D.C.　E.D.N.Y.

| Invoice Number | Invoice Date | Payment Due Date | Invoice Balance | Number of Days Overdue 12/12/2019 | Accrued Interest through 12/12/2019* | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 54959 | 11/11/19 | 11/26/219 | $45,843.00 | 16 | $482.29 | $46,325.29 |
| 54978 | 11/15/19 | 11/30/219 | $69,600.00 | 12 | $549.17 | $70,149.17 |
| 54988 | 11/22/19 | 12/7/19 | $47,910.00 | 5 | $157.51 | $48,067.51 |
| | | ** *Add daily interest in the amount of* | $107.41 | *Dec. 12, 2019* | | |
| | | *** *Add attorney's fees incurred* | | | | |
| | | **TOTAL** | **$163,353.00** | | **$1,188.97** | **$164,541.97** |

　　*　Calculated at the rate of　　　　　　24.00%　　　annually
　　**　Add daily interest in the amount of　　$107.41　　from Dec. 12, 2019
　　***　Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim.



# Dave's Specialty Imports

11001 NW 124th Street
Medley, FL 33178
Phone: (305)603-7988

**Invoice #:** 54959
**Invoice Date:** 11/11/2019 3:

## Invoice

| BILL TO | SHIP TO |
|---|---|
| Produce For Less, Inc. | Produce For Less, Inc. |
| 402 Ocean Pkwy Unit 306. | 402 Ocean Pkwy Unit 306. |
| Brooklyn, NY 11218-4617 | Brooklyn, NY 11218-4617 |
| PO #: 2664735 | PO #: 2664735 |

Sales Type: FOB        Sales Terms: Net 15 Days

| Product Description | Product Of | Qty | Price | Amount |
|---|---|---|---|---|
| Berries Blueberry CHILE 12/6ozDL | Chile | 1,306 | 15.50 | 20,243.00 |
| Berries Blueberry CHILE 12/6ozDL | Chile | 1,650 | 15.50 | 25,575.00 |
| Temperature Recorder Charge | | 1 | 25.00 | 25.00 |
| | | 2,956 | | |

**Product:** $45818.00
**Charges:** $25.00
**Total:** $45843.00

**NOTES:**

**Remit Payments To:**
**Dave's Specialty Imports, Inc.**
**11001 NW 124th Street**
**Medley, FL 33178**

All merchandise sold F.O.B. shipping point or our place of business no grade, F.O.B. good delivery unless otherwise noted above. Dave's Specialty Imports must be notified, in writing, of all quality claims within 24 hours of arrival. All claims must be supported by a timely USDA inspection which identifies the label and/or grower name. ABSOLUTELY NO PRICE ADJUSTMENTS WILL BE GIVEN WITHOUT DAVE'S SPECIALTY IMPORTS WRITTEN AUTHORIZATION. All accounts are due and payable 15 days after shipmentdate.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the rate of 2 % or at the maximum legal rate, whichever is lower. Seller shall be entitled to collect reasonable attorney's fees and expenses as part of an action to collect this invoice. Actual attorney's fees incurred in bringing action to collect on this invoice and/or enforcing any judgment granted and interest shall be considered as additional sums owed in connection with this action.



# Dave's Specialty Imports

11001 NW 124th Street
Medley, FL 33178
Phone: (305)603-7988

**Invoice #:** 54978
**Invoice Date:** 11/15/2019 1

## Invoice

| BILL TO | SHIP TO |
|---|---|
| Produce For Less, Inc. | Produce For Less, Inc. |
| 402 Ocean Pkwy Unit 306. | 402 Ocean Pkwy Unit 306. |
| Brooklyn, NY 11218-4617 | Brooklyn, NY 11218-4617 |
| PO #:   3417857 | PO #:   3417857 |

Sales Type:  FOB            Sales Terms:  Net 15 Days

| Product Description | Product Of | Qty | Price | Amount |
|---|---|---|---|---|
| Berries Blueberry ARG 12/11ozDL | Argentina | 1,200 | 29.00 | 34,800.00 |
| Berries Blueberry ARG 12/11ozDL | Argentina | 1,200 | 29.00 | 34,800.00 |
| Temperature Recorder Charge | | 1 | 0.00 | 0.00 |
| | | 2,400 | | |

**Product:** $69600.00
**Charges:** $0.00
**Total:** $69600.00

**NOTES:**

**Remit Payments To:**
Dave's Specialty Imports, Inc.
11001 NW 124th Street
Medley, FL 33178

All merchandise sold F.O.B. shipping point or our place of business no grade, F.O.B. good delivery unless otherwise noted above. Dave's Specialty Imports must be notified, in writing, of all quality claims within 24 hours of arrival. All claims must be supported by a timely USDA inspection which identifies the label and/or grower name. ABSOLUTELY NO PRICE ADJUSTMENTS WILL BE GIVEN WITHOUT DAVE'S SPECIALTY IMPORTS WRITTEN AUTHORIZATION. All accounts are due and payable 15 days after shipmentdate.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the rate of 2 % or at the maximum legal rate, whichever is lower. Seller shall be entitled to collect reasonable attorney's fees and expenses as part of an action to collect this invoice. Actual attorney's fees incurred in bringing action to collect on this invoice and/or enforcing any judgment granted and interest shall be considered as additional sums owed in connection with this action.

# Dave's Specialty Imports

11001 NW 124th Street
Medley, FL 33178
Phone: (305)603-7988

**Invoice #:** 54988
**Invoice Date:** 11/22/2019 1:

## Invoice

**BILL TO**
Produce For Less, Inc.
402 Ocean Pkwy Unit 306.
Brooklyn, NY  11218-4617
PO #:      12789770

**SHIP TO**
Produce For Less, Inc.
402 Ocean Pkwy Unit 306.
Brooklyn, NY  11218-4617
PO #:      12789770

Sales Type:   FOB
Sales Terms:   Net 15 Days

| Product Description | Product Of | Qty | Price | Amount |
|---|---|---|---|---|
| Berries Blueberry ARG 12/11ozDL | Argentina | 600 | 27.00 | 16,200.00 |
| Berries Blueberry CHILE 12/6ozDL | Chile | 1,920 | 16.50 | 31,680.00 |
| Temperature Recorder Charge | | 1 | 30.00 | 30.00 |
| | | 2,520 | | |

**NOTES:**

Product: $47880.00
Charges: $30.00
Total: $47910.00

Remit Payments To:
Dave's Specialty Imports, Inc.
11001 NW 124th Street
Medley, FL 33178

All merchandise sold F.O.B. shipping point or our place of business no grade, F.O.B. good delivery unless otherwise noted above. Dave's Specialty Imports must be notified, in writing, of all quality claims within 24 hours of arrival. All claims must be supported by a timely USDA inspection which identifies the label and/or grower name. ABSOLUTELY NO PRICE ADJUSTMENTS WILL BE GIVEN WITHOUT DAVE'S SPECIALTY IMPORTS WRITTEN AUTHORIZATION. All accounts are due and payable 15 days after shipmentdate.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the rate of 2 % per annum or at the maximum legal rate, whichever is lower. Seller shall be entitled to collect reasonable attorney's fees and expenses as part of an action to collect this invoice. Actual attorney's fees incurred in bringing action to collect on this invoice and/or enforcing any judgment granted and interest shall be considered as additional sums owed in connection with this action.

**Dave's Specialty Imports, Inc.**
11240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Bill of Lading

| | |
|---|---|
| Shipping Date: | 11/7/2019 |
| Ship Via: | |

**Invoice #**
**54959**

**PO #**
**2664735**

**Pickup #**
**0**

## Bill To Information
DAVES
Dave's Specialty
11240 NW 45th Street

Coral Springs   FL   33065

## Ship To Information
PRODUCE
PRODUCE CONNECTION

Destination:

Temp Recorder #: 05294772

Comments:

**Customer Phone   Customer FAX**

| Shipment Quantity | Product Description | Country of Origin |
|---|---|---|
| 2956 | Blueberries 6oz | Chile |
| 2956 | Total Units | |

DRIVER RESPONSIBLE FOR COUNT.
MAINTAIN TRUCK TEMP AT 34 DEGREES.
DRIVER RESPONSIBLE FOR DAMAGE TO PRODUCT IF TRANSPORTED AT IMPROPER TEMPERATURE.

Driver Name: Edward King   Driver Signature: Edward King
Trailer Tag #: 8789CX-FL   Temperature Received: 34*✓
Trucking Company: PC logistics

Loaded By: _____   Date and Time: _____

Case 1:19-cv-07136-LDH-PK   Document 1-4   Filed 12/20/19   Page 7 of 11 PageID #: 22

**Dave's Specialty Imports, Inc**
11240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Pick Ticket

## Bill To Information
**DAVES**
Dave's Specialty
11240 NW 45th Street
Coral Springs    FL    33065

## Ship To Information
**PRODUCE**
PRODUCE CONNECTION

**Invoice #**
**54959**

**PO #**
**2664735**

**Pickup #:**
**0**

**Order Date:** 11/7/2019
**Shipping Date:** 11/7/2019
**Arrival Date:**

Destination    Truck/Broker    Salesperson

## Comments

## Order Detail

| Order Quantity | Product | Pick Qty | Lot # |
|---|---|---|---|
| 1650 | Blueberries 6oz |  | EPB 06 |
| 1306 | Blueberries 6oz |  | EPB 05 |
| **2956 UNITS** |  |  |  |

Thursday, November 7, 2019                              2:54 PM

**Dave's Specialty Imports, Inc.**
1240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Bill of Lading

Shipping Date: 11/13/2019

Ship Via:

**Invoice #**
**54978**

**PO #**
**3417857**

**Pickup #**
**0**

## Bill To Information
DAVES
Dave's Specialty
11240 NW 45th Street

Coral Springs    FL    33065

Customer Phone    Customer FAX

## Ship To Information
**Produce For**
Produce For Less Inc

Destination:

Temp Recorder #:
220000068446

Comments:

| Shipment Quantity | Product Description | Country of Origin |
|---|---|---|
| 2400 | Blueberries 11oz | Argentina |
| 1 | Temperature Recorder | N/A |
| 2401 | Total Units | |

DRIVER RESPONSIBLE FOR COUNT.
MAINTAIN TRUCK TEMP AT 34 DEGREES.
DRIVER RESPONSIBLE FOR DAMAGE TO PRODUCT IF TRANSPORTED AT IMPROPER TEMPERATURE.

Driver Name: _Sieed Mosen_    Driver Signature: _Sieed M____
Trailer Tag #: _480_    Temperature Received: __34*__
Trucking Company: _Best Solution_

Loaded By: _____    Date and Time: _____

**Dave's Specialty Imports, Inc.**
11240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Pick Ticket

## Bill To Information

**DAVES**
Dave's Specialty
11240 NW 45th Street
Coral Springs   FL   33065

## Ship To Information

**Produce For**
Produce For Less Inc

Invoice #
**54978**

PO #
**3417857**

Pickup #:
**0**

Order Date:    11/13/201
Shipping Date: **11/13/2019**
Arrival Date:

Destination      Truck/Broker      Salesperson

Comments

## Order Detail

| Order Quantity | Product | Pick Qty | Lot # |
|---|---|---|---|
| 1 | Temperature Recorder | | 1234 |
| 1200 | Blueberries 11oz | | GRM 61 |
| 1200 | Blueberries 11oz | | GRM 59 |
| **2401 UNITS** | | | |

Wednesday, November 13, 2019                                              7:36 PM

**Dave's Specialty Imports, Inc.**
11240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Bill of Lading

Shipping Date: 11/20/2019

Ship Via:

**Invoice #**
**54988**

## Bill To Information

DAVES
Dave's Specialty
11240 NW 45th Street

Coral Springs   FL   33065

**Customer Phone**   **Customer FAX**

## Ship To Information

**Produce For**
Produce For Less Inc

Destination:

Temp Recorder #:
05294768

Comments:

**PO #**
**12789770**

**Pickup #**
**0**

| Shipment Quantity | Product Description | Country of Origin |
|---|---|---|
| 600 | Blueberries 11oz | Argentina |
| 1920 | Blueberries 6oz | Chile |
| 2520 | Total Units | |

DRIVER RESPONSIBLE FOR COUNT.
MAINTAIN TRUCK TEMP AT 34 DEGREES.
DRIVER RESPONSIBLE FOR DAMAGE TO PRODUCT IF TRANSPORTED AT IMPROPER TEMPERATURE.

Driver Name: _Paul Danl(f_   Driver Signature: _Paul D____

Trailer Tag #: _371X_   Temperature Received: __34*__

Trucking Company: _MC5+_

Loaded By: _____   Date and Time: _____

**Dave's Specialty Imports, Inc.**
11240 NW 45th Street
Coral Springs, FL 33065
Phone: 954-753-8536

# Pick Ticket

## Bill To Information
**DAVES**
Dave's Specialty
11240 NW 45th Street

Coral Springs    FL    33065

## Ship To Information
**Produce For**
Produce For Less Inc

**Invoice #**
**54988**

**PO #**
**12789770**

**Pickup #:**
**0**

Order Date:    11/19/201
Shipping Date: **11/20/2019**
Arrival Date:

Destination        Truck/Broker        Salesperson

## Comments

## Order Detail

| Order Quantity | Product | Pick Qty | Lot # |
|---:|---|---|---|
| 1920 | Blueberries 6oz | | EPB 07 |
| 600 | Blueberries 11oz | | GRM 62 |
| **2520 UNITS** | | | |

Tuesday, November 19, 2019                                    6:06 PM